IN THE UNITED STATES DISTRICT COURT

FOR THE ~~MIDDLE~~ DISTRICT OF GEORGIA

_MIDDLE_ _MACON_ DIVISION

CLERK'S OFFICE
2014 JAN -6  AM 8:26

MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

_[Enter the full name of the plaintiff in this section]_

MR. DANIEL BARFIELD

v.

_[Enter the full name of each defendant in this action._
_If possible, please list only one defendant per line.]_

MARY Gore

BUTTS, et. al.,

sued IN INDIVIDUAL CAPACITIES.

**Civil Action No.** _____
_[to be assigned by Clerk]_

JURY TRIAL
DEMANDED.

_If allowed by statute, do you wish to have a trial by jury?_  Yes ✓   No ____

_[If any answer requires additional space, please use additional paper and attach hereto]_

**I.   PREVIOUS LAWSUITS**

    _A._  _Have you begun other lawsuits in state or federal court dealing with the same Facts involved_
       _in this action?_
          Yes ____   No ✓

**B.**   *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet using the same outline.]*

    **1.**   *Parties to this lawsuit:*

       *Plaintiff:* _N/A_____

       *Defendant:* _____

    **2.**   *Court:* _N/A_____
          *(If federal court, name the district; if state court, name the county)*

    **3.**   *Docket Number:* _N/A_____

    **4.**   *Name(s) of Judge(s) to whom case was assigned:* _N/A_____

    **5.**   *Status of Case:* _N/A_____
               *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

    **6.**   *Date lawsuit was filed:* _N/A_____

    **7.**   *Date of disposition (if concluded):* _N/A_____

**C.**   *Do you have any other lawsuit(s) pending in the federal court?*

    Yes _____   No __✓__

## II.   PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

**A.**   Name of Plaintiff: _MR. DANIEL BARFIELD #1014120_

    Address: _P.O. Box 3877, JACKSON, GA. 30233_

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

**B.**   Name of Defendant: _SEE PG. 3-4_____

    Address: _____

PG. _2_ OF _7_.

IN THE UNITED STATES DISTRICT COURT.
FOR THE MIDDLE DISTRICT OF GEORGIA.

MR. DANIEL BARFIELD,
        PLAINTIFF,

VS.                                    Cv.# _____
                                       Jury Trial
MARY GORE,                             Demanded.

_____ Butts, et.al.,
        DEFENDANTS
(sued in INDVIDUAL CAPACITIES)

PRELIMINARY STATEMENT:
    This is a Civil Rights Action By MR. DANIEL BARFIELD,
A State Prisoner, For monetary Damages under 42 U.S.C.
§ 1983, Denial of Treatment once Prescribed and the
Infliction of unnecessary Pain and suffering., IN
VIOLATION of the Eighth Amendment to the UNITED
STATES CONSTITUTION.

JURISDICTION:
1. This Court has Jurisdiction over Plaintiff's Claims of
Violations of Federal Constitutional Rights under
42 U.S.C. § 1983. 42 U.S.C. § 1331(a) and 1343. 42 U.S.C. §
1985-86. 5 U.S.C. § 551(13), 702, 706. 18 U.S.C. § 242.
2. This Court has supplemental Jurisdiction over
plaintiff State Law Claims under O.C.G.A. § 50-13-9.1,
A.P.A..

PARTIES:
3. Plaintiff MR. DANIEL BARFIELD, is Incarcerated at
the Special Management unit (S.M.U.), JACKSON, GA.
and was at All Times names herein,, P.O. Box-3877,
JACKSON, GA. 30233

4. Defendant Mary Gore is a Nurse here in the S.M.U.
She is Responsible For Issuing Care and Following
the ORDERS of Specialists / Physicians. She is Sued

PG 3 OF 7.

IN her Individual Capacity. Serve at, 2978 Hwy 36, West. Jackson, GA. 30233.

5. Defendant _____ Butts (ASA) Medical Admini-strator is Resposible For INMATE care and Treatment, Taking Corrective actions in medical Treatment, Amongst other things. He is sued in his INDIVIDUAL Capacity. Serve At, 2978 Hwy 36, West. Jackson, GA. 30233.

## STATEMENT OF FACTS.

6. The Special Management unit (S.M.U.) was Designed with INADEQuate Lighting in the Cells, That was NO SUFFICIENT For Reading or writing in.

7. ON September 28, 2010, I was Transfered to the S.M.U. From BALDWIN STATE PRISON, To Which I have been Housed Since.

8. After Months of Being Forced to Read and write in INAD-EQUATE LIGHTING, My eye's Began to Bother Me With Running water and Constant Headaches.

9. I Filed two Requests to see the EYE Doctor But was Never seen.

10. ON April 08, 2013, I Finally was seen By the Eye Doctor Due To Other Requests I had put in and a Letter Dated March 04, 2013, That I had wrote MR. Butts, Concerning Being Denied My Requests to see the EYE Doctor.

11. The Eye Doctor Found that My vision had been Damaged and PRESCRIBED EYE Glasses (I Never Before Been Issued Glasses or had problems With My Eye's)

12. While Waiting For My EYE Glasses, I Continued to endure Running Eye's and Headaches, that had Me taking Countless Tylenols and other Medications.

13. ON MAY 07, 2013, My Glasses Arrived At Medical. Nurse Gore Brought the Glasses to My Cell (L-E-109) And told Me, I had to turn in a pair, Before I Recieve them.

14. I Explained to Gore, I Don't have any glasses and those are the First I've had. Gore Just Walked OFF.

15. The Next Day, I Stopped and told Gore, I Needed My Glasses. She told Me, "you should've thought of that Before you wrote Butts, Because I Run this overhere."

16. ON May 20, 2013. I Filed Grievance #150476, For being Denied My Prescribed eye glasses.

17. ON May 21, 2013, I wrote MR. Butts, again, and explained what Gore had Said and Requested he see to My glasses Be Delivered to Me. I Recieved NO Response.

18. IN Retaliation, Gore had OFC. J. Johnson Go into My personal Property, while it was Stored, and take out some SunGlasses (shades).

19. Due to My writing MR. Butts, Mary Gore has Denied My Prescribed Eye Glasses, which has Diretcly Led to Running Eye's, Burning Eye's and Constant Headaches.

20. My Pains Prevented Me From sleeping and Doing other Daily Activities (i.e. Reading, Writing and At times, Physical Exercise).

21. Defendant, Butts Acted in Deliberate in Defference to My Serious Medical Needs, when He knew of My Conditions and Fail to Correct Gore's Retaliatory Actions.

22. Both Defendants knew, and is Aware of the Irreparable Damages I Could Suffer From Their Deliberate INDIFFERENCE.

I STATE AND RESTATE THE ABOVE PARAGRAPHS
6 THRU 22, PURSUANT TO 28 U.S.C. § 1746.

MR. DANIEL BARFIELD.

## CLAIMS FOR RELIEF :

23. DeFendant. Gore's Denying EyeGlasses Prescribed and
ConFiscation of My Shades Was Done Because I wrote
Defendant. Butt's complaining about Her Denying My Eyeglasses
and Saying she Runs the S.M.U., Constitutes, Retaliation,
IN Violation oF The First Amendment to the U.S. Const-
itution.

24. Defendant, Gore's Failure to Issue My Prescribed Eye
Glasses was and is the Direct Cause of My Running
and Burning Eye's, Causing Additional And Irrepar-
able Harms, Along with Constant Headache's that
Prevented and continue to Prevent Me From Sleeping,
Reading, writing and other Activities. Constitutes,
Deliberate INDIFFERENCE To Serious Medical Needs,
IN Violation oF The Eighth Amendment to the U.S.
Constitution.

25. Defendant, Butt's Failure to take corrective
Actions and instruct Gore to Issue My Prescribed Eye
glasses and cease Her Retaliation, was the Direct
Cause of My EYES Running and Burning, Causing
Additional and Irreparable Harms, Along with Constant
Headache's that has and continue to prevent Me From
Sleeping, Reading, writing and other Activities. Constitutes,
Deliberate INDIFFERENCE to A Serious Medical Needs.
IN Violation oF the Eighth Amendment to the U.S.
Constitution.

## RELIEF'S REQUESTED :

(A). Award Copensatory Damages IN THE Following AMOUNTS:

1. __$15,000__ Jointly and severally against Defendant, Gore and Butts For Failing to Issue Prescribed EYE Glasses that Diretcly Caused Pains and Suffering (i.e., The Running and Burning OF the EYE's, Additional Eye Damages, Constant Headaches that Deprived Me of Sleep, Physical Exercise, Reading and Writing, ETC.) To which violated the 8th Amend, To the U.S. Constitution.

(B). Award Punitivie DAMAGES IN The Following AMounts.

1. DEF. Mary Gore ——————————— $20.000

2. DEF. _____ Butts —————— $10.000

(C). Appoint Expert Witness to Determine the additional, IRREPARABLE INJuries to MY Eye's.

(D). Appoint Counsel IN This case where plaintiff is Indigent, Inadequate Law Library Access, No one Trained in the Law to Assist Me.

(E). All costs INcurred For Fileing and Litigating this Action Be Charged against Defendants.

(F). Grant such other Relief As it My Appear that I am Entitled or Just.

THIS __02__ DAY OF __JANUARY__ , 20 __14__ .

Mr. _____

MR. DANIEL BARFIELD

#1014120

P.O. BOX 3877

JACKSON, GA. 30233

PG __7__ OF __7__.